UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE: BRIDGET L. NIECE                              Case No. 05-23383

                DEBTOR                                           Chapter 7

## OBJECTION TO MOTION FOR CONTEMPT FOR CREDITOR'S VIOLATION OF THE DISCHARGE INJUNCTION

Comes now the Creditor, Arcadia University, by and through Counsel, and for its Objection to Motion for Contempt for Creditor's Violation of the Discharge Injunction states as follows:

1. Arcadia University is currently investigating the allegations contained in Ms. Niece's Motion to the Court, and shall cooperate fully with both the Court and Debtor Counsel towards bringing this matter to a quick and amicable resolution.

2. Arcadia University has not intentionally violated the discharge injunction, nor does it have sufficient information at the present to determine that in fact a violation of the discharge injunction did occur. Currently, Counsel for the University is awaiting further information from Debtor counsel concerning Debtor's specific situation, and shall report back to the Court upon receipt of this documentation. Arcadia University was in fact working to resolve this matter prior to the filing of Debtor's Motion, and is disappointed that this Motion was filed during that process. Again, however, the University looks forward to a quick and amicable resolution of this matter.

WHEREFORE, for the aforementioned reasons, Arcadia University respectfully requests that Debtor's Motion be overruled.

.

    Respectfully submitted,

    Atkinson, Simms & Kermode PLLC
    1608 Harrodsburg Rd.
    Lexington, Kentucky 40504
    (859) 225-1745 Telephone
    (859) 254-2012 FAX


By: /s/ Jon J. Lieberman
    JON J. LIEBERMAN
    COUNSEL FOR ARCADIA UNIVERSITY


CERTIFICATE OF SERVICE

    This is to certify that a true and accurate copy of the foregoing was served electronically or by mail on Stuart P. Brown, Esq., the Debtor, the Chapter 7 Trustee, and the U. S. Trustee on August 5, 2011.

    /s/ Jon J. Lieberman
    JON J. LIEBERMAN
    COUNSEL FOR ARCADIA UNIVERSITY